UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE GONCALVES, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 10-10518-JLT |
| | * |
| MICHAEL J. ASTRUE, | * |
| | * |
| Defendant. | * |

ORDER

May 2, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, Plaintiff's <u>Motion to Reverse the Decision of the Commissioner of Social Security</u> [#9] is DENIED and Defendant's <u>Motion to Affirm the Commissioner's Decision</u> [#13] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

                                                                      /s/ Joseph L. Tauro
                                                                      United States District Judge